# 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉

RAYMOND U. BOWEN, ADMINISTRATOR OF MELVIN MONROE
BOWEN, DECEASED V. FRANK EMMETT SETTLE.

April 28, 1938.

*Ferdinand F. Chandler* and *Robert O. Norris, Jr.,* for the plaintiff in error.

*Parrish, Butcher & Parrish* and *A. N. Heflin,* for the defendant in error.